Rel: December 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0204

Rose Marie Loper v. City of Decatur (Appeal from Morgan Circuit Court: CV-22-900030).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mitchell, JJ., concur.